IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02845-GPG

RONNIE BRUSCINO,

    Applicant,

v.

ACTING WARDEN TRUE, and
UNITED STATES PAROLE COMMISSION

    Respondents.

## ORDER TO SHOW CAUSE

A certified Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 has been filed by Applicant, alleging that he is being held illegally. Upon reading the Application, good cause appears. It is

ORDERED that Respondents show cause **within twenty-one days from the date of this Order** why the Application should not be granted. It is further

ORDERED that **within twenty-one days of Respondents' answer to this show cause order** Applicant may file a Reply, if any. It is further

ORDERED that Applicant shall remain in custody until further order.

DATED January 4, 2016, at Denver, Colorado.

                        BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge