IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02845-GPG

RONNIE BRUSCINO,

    Applicant,

v.

ACTING WARDEN TRUE, and
UNITED STATES PAROLE COMMISSION

    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a judge pursuant to D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.  *See* D.C.COLO.LCivR 40.1.

DATED January 4, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge